O**SEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601   1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400   F. 201.265.0303                                                                    T.212.354.0111

August 10, 2018

By ECF

Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, NY  10007

   Re: *Osen LLC v. Office of Foreign Assets Control of the U.S. Department of Treasury*,
     18 Civ. 3511 (JPO)

Dear Judge Oetken:

  Counsel for Plaintiff Osen LLC ("Plaintiff") submits this letter on behalf of the parties pursuant to the Court's Order dated June 19, 2018.

  The Office of Foreign Assets Control of the U.S. Department of Treasury ("Defendant") produced documents to Plaintiff on July 27, 2018, which Plaintiff is in the process of reviewing, and the parties had an initial meet and confer on August 8, 2018. The parties have scheduled another meet and confer for August 15, 2018, and respectfully request that they have until August 17, 2018 to provide the Court with a joint proposed briefing schedule or to file a stipulation to dismiss this matter.

  We thank the Court for its consideration of this matter.

               Respectfully submitted,

             By: /s/ Dina Gielchinsky
               Dina Gielchinsky
               William Friedman
               OSEN LLC
               2 University Plaza, Suite 402
               Hackensack, New Jersey 07601
               Telephone: 201-265-6400
               Facsimile: 201-265-0303
               E-mail: dgielchinsky@osenlaw.com

               *Counsel for Plaintiff*